**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Robert Leonard Abruzzese II** | Social Security number or ITIN  **xxx–xx–3369** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Dana Theresa Abruzzese** | Social Security number or ITIN  **xxx–xx–5017** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   **Eastern District of Virginia**

Case number:   **20–34783–KLP**

# Discharge of Joint Debtors

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Robert Leonard Abruzzese II                           Dana Theresa Abruzzese

March 17, 2021                                        **For the court:**    William C. Redden
                                                                            Clerk

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Eastern District of Virginia

In re:                                                         Case No. 20-34783-KLP

Robert Leonard Abruzzese, II                          Chapter 7

Dana Theresa Abruzzese

     Debtors

# CERTIFICATE OF NOTICE

District/off: 0422-7                                  User: admin                                                Page 1 of 2

Date Rcvd: Mar 18, 2021                          Form ID: 318                                     Total Noticed: 19

The following symbols are used throughout this certificate:
**Symbol        Definition**

\+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 20, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Robert Leonard Abruzzese, II, Dana Theresa Abruzzese, 14926 Watermill Lake Trail, Midlothian, VA 23112-4197 |
| cr | + | Accelerated Inventory Mgt, LLC, Bass & Associates, P.C., 3936 E. Ft. Lowell Road, Suite #200, Tucson, AZ 85712-1083 |
| 15581112 | + | Accelerated Inventory Mgt. LLC, Bass & Associates, P.C., 3936 E. Ft. Lowell Rd., Suite 200, Tucson, AZ 85712-1083 |
| 15531993 | + | Best Egg, 4315 Pickett Rd., Saint Joseph, MO 64503-1600 |
| 15531995 | + | Chesterfield Fire & EMS, PO Box 1658, Chesterfield, VA 23832-9125 |
| 15531997 | + | Lending Club Corp., 370 Convention Way, Redwood City, CA 94063-1405 |
| 15531999 | + | Midland Fund, Attn: Bankruptcy, 350 Camino De La Reine Ste 100, San Diego, CA 92108-3007 |
| 15532000 | + | Mr. Cooper, Attn: Bankruptcy, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 15532001 | + | Oliphant Financial LLC, 1800 Second Street, Suite 603, Sarasota, FL 34236-5990 |
| 15532005 | + | United Consumers Inc, Attn: Bankruptcy Dept, Po Box 4466, Woodbridge, VA 22194-4466 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | | Email/Text: william.broscious@txitrustee.com | Mar 19 2021 03:56:00 | William Anthony Broscious, 341 Dial 877-491-2336 Code: 1768631, P.O. Box 71180, Henrico, VA 23255 |
| 15531992 | + | EDI: TSYS2.COM | Mar 19 2021 03:43:00 | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 15531994 | + | Email/PDF: MarletteBKNotifications@resurgent.com | Mar 19 2021 02:49:38 | Best Egg Personal Loans, 1523 Concord Pike, Wilmington, DE 19803-3653 |
| 15531996 | + | Email/PDF: HCABKNotifications@resurgent.com | Mar 19 2021 03:37:29 | CJW Medical Center, PO Box 740760, Cincinnati, OH 45274-0760 |
| 15531998 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 19 2021 02:49:16 | Merrick Bank/CardWorks, Attn: Bankruptcy, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 15532002 | | Email/Text: IL_VA@mcmcg.com | Mar 19 2021 03:56:00 | Peter Heindel, Esquire, 6627 W. Broad St., Suite 200, Richmond, VA 23230-0000 |
| 15532003 | | Email/Text: colleen.atkinson@rmscollect.com | Mar 19 2021 03:58:00 | Receivable Management Inc, Bankruptcy Dept/Receivables Management S, 7206 Hull Rd Ste 211, Richmond, VA 23235-0000 |
| 15532004 | + | Email/PDF: resurgentbknotifications@resurgent.com | Mar 19 2021 03:36:05 | Resurgent Capital Services, Attn: Bankruptcy, Pob 10497, Greenville, SC 29603-0497 |
| 15532006 | + | Email/Text: bkrpt21@maxprofitsys.com | Mar 19 2021 03:57:00 | Valley Credit Service, Inc, Attn: Bankruptcy, Po Box 2162, Hagerstown, MD 21742-2162 |

TOTAL: 9

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| District/off: 0422-7 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Mar 18, 2021 | Form ID: 318 | Total Noticed: 19 |

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Nationstar Mortgage LLC d/b/a Mr. Cooper |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 20, 2021                          Signature:         /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 17, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Daniel Kevin Eisenhauer | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper ANHSOrlans@InfoEx.com  ecfaccount@orlans.com |
| James E. Kane | on behalf of Debtor Robert Leonard Abruzzese  II jkane@kaneandpapa.com, info@kaneandpapa.com,cdiez@kaneandpapa.com,jkrumbein@kaneandpapa.com,awilson@kaneandpapa.com,afisher@kaneandpapa.com |
| James E. Kane | on behalf of Joint Debtor Dana Theresa Abruzzese jkane@kaneandpapa.com info@kaneandpapa.com,cdiez@kaneandpapa.com,jkrumbein@kaneandpapa.com,awilson@kaneandpapa.com,afisher@kaneandpapa.com |
| John P. Fitzgerald, III | USTPRegion04.RH.ECF@usdoj.gov |
| Patti H. Bass | on behalf of Creditor Accelerated Inventory Mgt  LLC ecf@bass-associates.com |
| William Anthony Broscious | wbroscious@wabtrustee.com  wbroscious@iq7technology.com;ecf.alert+Broscious@titlexi.com |

TOTAL: 6